1036

No. 10–9787. KARUPAIYAN ET AL. *v.* BROWN ET AL. Ct. App. Ark. Certiorari denied.

No. 10–9788. JONES *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 10–9791. RICKS *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–9793. QUIRE *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 10–9795. CASTLEMAN *v.* TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 10–9796. CUMBERLAND *v.* MIRANDE. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 10–9803. BLACKHOUSE *v.* CONNELLY. Sup. Jud. Ct. Me. Certiorari denied.

No. 10–9806. BARROS *v.* WETZEL, ACTING SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–9811. GREER *v.* SAFEWAY, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–9812. HARRIS *v.* CITY OF AUGUSTA, GEORGIA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–9813. CRIM *v.* BAYSHORE OF NAPLES, INC. Sup. Ct. Fla. Certiorari denied.

No. 10–9820. HUBLER *v.* LANDER. C. A. 10th Cir. Certiorari denied.

No. 10–9822. GALEAS, AKA GEVARA *v.* NEELY. C. A. 4th Cir. Certiorari denied.

No. 10–9823. FERRIS *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 10–9825. REED *v.* SYMMES, WARDEN. C. A. 8th Cir. Certiorari denied.